JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
LUCILLE GONZALES MEIS, SBN CO 15153
Regional Chief Counsel, Region IX,
Social Security Administration
ELIZABETH FIRER, SBN WI 1034148
Special Assistant United States Attorney

   333 Market Street, Suite 1500
   San Francisco, California 94105
   Telephone: (415) 977-8937
   Facsimile: (415) 744-0134

Attorneys for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANNIE M. HARRIS, | CIVIL NO. C-08-02775 JL |
| Plaintiff, | |
| v. | STIPULATION AND ORDER FOR EXTENSION |
| MICHAEL J. ASTRUE, Acting Commissioner of Social Security, | |
| Defendant. | |

   IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that the Commissioner have a 30-day extension of time in which to file a response to Plaintiff's Motion for Summary Judgment. The extension is necessary because the Special Assistant United States Attorney for the Commissioner has experienced an unexpected increase in her work load when she was given an assignment to draft a memorandum for en banc review of a Ninth Circuit case and subject to extremely tight deadlines, which interfered with her ability to complete this brief within the original schedule.

   The Commissioner's response to Plaintiff's Motion for Summary Judgment will now be due on December 31, 2008.

///

///

| | | |
|---|---|---|
| Dated: December 2, 2008 | | /s/ *Bess M. Brewer*  *(As authorized via email)*  BESS M. BREWER  Attorney for Plaintiff |
| | | JOSEPH P. RUSSONIELLO  United States Attorney |
| Dated: December 2, 2008 | By: | /s/ *Elizabeth Firer*  ELIZABETH FIRER  Special Assistant United States Attorney |

PURSUANT TO STIPULATION, IT IS SO ORDERED that Defendant Commissioner of Social Security shall have up to and including December 31, 2008, to respond to Plaintiff's Motion for Summary Judgment.

Dated: December 3, 2008

JAMES LARSON
United States Magistrate Judge

2