JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
LUCILLE GONZALES MEIS, SBN CO 15153
Regional Chief Counsel, Region IX,
Social Security Administration
ELIZABETH FIRER, SBN WI 1034148
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8937
    Facsimile: (415) 744-0134

Attorneys for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANNIE M. HARRIS,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Acting Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. C-08-02775 JL<br><br>STIPULATION AND ORDER FOR EXTENSION |

IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that the Commissioner have a 21-day extension of time in which to file a response to Plaintiff's Motion for Summary Judgment, up to and including January 21, 2009. The Commissioner previously sought a 30-day extension of time up to and including December 31, 2008. This extension is necessary because the Special Assistant United States Attorney for the Commissioner had an unexpected increase in her work load when she was given an assignment to draft a memorandum for en banc review of a Ninth Circuit case. The Commissioner notes that this assignment was the basis for his previous request for an extension; however, the task proved to involve more unpredictable work than originally anticipated. Additionally, due to events beyond her control, the Commissioner's attorney has had to move her household with little notice in order to avoid personal harm. This combination of factors has prevented the Commissioner's attorney from completing the brief in this matter within the extended

deadline.

Dated: December 31, 2008        /s/ *Bess M. Brewer*
                                  (*As authorized via email*)
                                  BESS M. BREWER
                                  Attorney for Plaintiff


                                JOSEPH P. RUSSONIELLO
                                United States Attorney

Dated: December 31, 2008    By: /s/ *Elizabeth Firer*
                                  ELIZABETH FIRER
                                  Special Assistant United States Attorney


PURSUANT TO STIPULATION, IT IS SO ORDERED that Defendant Commissioner of Social Security shall have up to and including January 21, 2009, to respond to Plaintiff's Motion for Summary Judgment. nunc pro tunc.


Dated: April 20, 2009           _____
                                JAMES LARSON
                                United States Magistrate Judge

2